IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM EPPENSTEIN and DEBORAH EPPENSTEIN, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 15-2188 |
| v. | : : | |
| BERKS PRODUCTS CORP., BERKS COUNTY COMMISSIONERS, MUHLENBERG SCHOOL DISTRICT, and MUHLENBERG TOWNSHIP AUTHORITY, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of November, 2015, after reviewing all outstanding motions, supporting briefs, and responsive briefs; and after reviewing the amended complaint (Doc. No. 30); and after oral argument held before the undersigned on October 16, 2015; and for the reasons expressed in the accompanying memorandum opinion; accordingly, it is hereby **ORDERED** that the outstanding motions to dismiss (Doc. Nos. 25, 26, 27, 42) are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motions, insofar as some of the defendants request that the court dismiss all federal claims for failure to comply with the statutory notice requirements, are **GRANTED** and all federal claims are **DISMISSED WITHOUT PREJUDICE**;

2. The motions, insofar as some of the defendants request that the court decline to exercise supplemental jurisdiction over any related state-law claims, are **GRANTED** and any related state-law claims are **DISMISSED WITHOUT PREJUDICE**; and

3. In all other respects, the motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.
